IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
YOUNGSTOWN, OHIO

IN RE: ) CASE NO. 12-42733
) CHAPTER 7 BANKRUPTCY
CONSTANTINO S. FRANGOPOULOS )
) HON. KAY WOODS
) U.S. BANKRUPTCY JUDGE
DEBTOR )
) AFFIDAVIT OF
) UNEMPLOYMENT/INCOME

Now comes Constantino S. Frangopoulos, Affiant herein and states the following:

1. Affiant states that he is not receiving an income from an employer of any kind or nature.

2. Affiant states that he is the owner/operator of Ones Holdings, LLC.

3. Oned Holdings, LLC. has not produced a net profit since either of the tax years 2010 or 2011.

4. Affiant herein earns no income from Oned Holdings, LLC.

11/2/2012
Date

CONSTANTINO S. FRANGOPOULOS
DEBTOR

SWORN to and SUBSCRIBED before me, a Notary Public in and for the County of Mahoning and State of Ohio this 2nd day of November, 2012.



EDWARD A CZOPUR
NOTARY PUBLIC - OHIO
MY COMMISSION HAS
NO EXPIRATION

Notary Public