Northern District Of Ohio
U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 12−42733−kw**

**In re:**
    Constantino S. Frangopoulos
    572 Breetz Drive
    Campbell, OH 44405

**Social Security No.:**
    xxx−xx−4860

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Mark A Beatrice is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.


**Dated:** February 15, 2013                   /s/ Kay Woods
Form ohnb136                                   United States Bankruptcy Judge